**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 620 MAL 2021

           Respondent           :

                                   :   Petition for Allowance of Appeal
                                   :   from the Order of the Superior Court

           v.                       :

                                   :

JULIUS L. ALLEN,                      :

                                   :

           Petitioner               :

## **ORDER**

**PER CURIAM**

     **AND NOW**, this 26th day of April, 2022, the Petition for Allowance of Appeal is **DENIED**.